JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ALVAREZ NUNEZ, | ) Case No.: 2:26-cv-01996-DMK |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: June 9, 2026

_____
THE HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

-1-